AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, NORTHERN DIVISION__

J. DENNIS PUGH, SR., as Administrator of the
Estate of JAMES D. PUGH, JR., deceased,

V.

KOBELCO CONSTRUCTION MACHINERY
AMERICA, LLC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-241-WHA

TO: (Name and address of Defendant)

Kobelco Construction Machinery
America, LLC
c/o C T Corporation System
1201 Peachtree Street, NE
Atlanta, Georgia 30361

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

D. MICHAEL ANDREWS
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  4-3-08

Certified Article Number

7160 3901 9849 0449 0246

SENDERS RECORD