| | |
|---|---|
| 2. Article Number<br><br>7160 3901 9849 0449 0246<br><br>3. Service Type **CERTIFIED MAIL**<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes<br>1. Article Addressed to:<br><br>Kobelco Construction Machinery America, LLC<br>c/o CT Corporation System<br>1200 Peachtree Street, NE<br>Atlanta, Georgia 30361 | **COMPLETE THIS SECTION ON DELIVERY**<br>A. Received by *(Please Print Clearly)*  B. Date of Delivery<br>Blake  4/9<br>C. Signature<br>X [signature]  ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>**Reference Information** |

PS Form 3811, January 2005      Domestic Return Receipt    08-241