IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J. DENNIS PUGH, SR., as Administrator of the Estate of JAMIE PUGH, deceased, | ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 2:08-cv-241 ) |
| vs. | ) ) |
| KOBELCO CONSTRUCTION MACHINERY AMERICA, LLC. | ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT

COMES NOW J. Dennis Pugh, Sr., Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. The Plaintiff is an individual.

      /s/ D. Michael Andrews       .
      D. MICHAEL ANDREWS (AND076)
      Attorney for Plaintiff

OF COUNSEL:
BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P. C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – facsimile
mike.andrews@beasleyallen.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing upon all counsel of record by depositing a copy of same electronically through CM/EF or in the U.S. Mail, postage prepaid and properly addressed on this the **29th** day of **April**, **2008**.

Mr. J. Chandler Bailey
Mr. Jere F. White, Jr.
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street, North
Birmingham, Alabama 35203
Phone: (205) 581-0700
Fax: (205) 581-0700
cbailey@lfwlaw.com

     This **29th** day of **April**, **2008**.


                                         /s/ D. Michael Andrews
                                    Of Counsel