**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| J. DENNIS PUGH, SR., as Administrator of the Estate of JAMES D. PUGH, JR., deceased, </br></br>          Plaintiff,</br></br>v.</br></br>KOBELCO CONSTRUCTION MACHINERY AMERICA, LLC,</br></br>          Defendant. | )</br>)</br>)</br>)</br>)</br>)  CIVIL ACTION NO.:</br>)  2:08-CV-241-WHA</br>)</br>)</br>)</br>)</br>) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Kobelco Construction Machinery America ("KCMA"), in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

1.    The members of KCMA are New Holland Excavator Holding, LLC (65% share) and Kobelco Construction Machinery U.S.A. Holding, LLC (35% share).

2.    The sole member of New Holland Excavator Holding, LLC is CNH America LLC.

3.    The sole member of CNH America LLC is Case New Holland, Inc.

4.    Case New Holland, Inc. is a wholly owned subsidiary of CNH Global N.V.

2

  5.  The sole member of Kobelco Construction Machinery U.S.A. Holding, LLC is Kobelco Construction Machinery Co., Ltd.

  6.  Kobelco Construction Machinery Co., Ltd. is owned by Kobe Steel, Ltd. (80% share) and CNH Global N.V. (20% share).

          /s/Charles T. Greene
         One of the Attorneys for Defendant
         Kobelco Construction Machinery America

OF COUNSEL:
Jere F. White, Jr. (WHITJ1759)
J. Chandler Bailey (BAILC4526)
Charles T. Greene (GRE120)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Michael Andrews<br>
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.<br>
P. O. Box 4160<br>
Montgomery, AL  36104

                        /s/Charles T. Greene
                        OF COUNSEL