## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **J. DENNIS PUGH, SR., as Administrator of the Estate of JAMIE PUGH, deceased,** ) ) ) ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.: 08-cv-241** |
| ) | |
| **vs.** ) | |
| ) | |
| **KOBELCO CONSTRUCTION MACHINERY AMERICA, LLC.** ) ) | |
| ) | |
| **Defendants.** ) | |

## RULE 26 DISCOVERY PLAN

1.     In accord with Federal Rules of Civil Procedure 26(f), the parties agreed to the following proposed discovery plan.  The agreement was reached by and between the following attorneys:

D. Michael Andrews for the Plaintiff.

J. Chandler Bailey for Defendant Kobelco.

2.     Pre-Discovery Disclosures:  The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within twenty-one (21) days after the date of the parties' planning meeting, which was held on June 6, 2008.

3.     Discovery Plan:  The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on at least the following subjects:

The product itself and all component parts;
Warnings used or considered by defendants or other similarly situated entities;
The development of the product;

Testing of the product;
Research associated with the product and its development or refinement or use;
Complaints made and/or received with respect to the product;
Other similar incidents;
Defenses asserted by defendants herein;
Damages/injuries;
Any and all other facts or items needed or helpful to establish or prove Plaintiff's claims;
Facts and circumstances surrounding the accident;
Feasible alternative designs.

All discovery commenced in time will be completed by **June 8, 2009**.

Maximum of **45** additional interrogatories by each party to any other party. [Responses to additional interrogatories due 30 days after service.]

Maximum of **45** additional requests of production by each party to any other party. [Responses to additional requests for production due 30 days after service.]

Maximum of **45** requests for admission by each party to any other party. [Responses due 30 days after service.]

Maximum of **15** depositions by each party.

Each deposition other than that of named parties and designated experts is limited to a maximum of six (6) hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due from Plaintiff by **February 20, 2009**, and from Defendants by **April 20, 2009**.  Each parties' experts should be deposed within four (4) weeks of their disclosure.

Supplementations under Rule 26(e) are due within thirty (30) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional or corrective information has not otherwise been made known to other parties in the discovery process or in writing.

4.    Other Items.

The parties do not request a conference with the Court before entry of the Scheduling Order, unless the Court plans on making substantial changes to the schedule suggested by the parties.

The parties request a pretrial conference four (4) weeks prior to trial.

Plaintiff should be allowed until **June 8, 2009,** to join additional parties and amend the pleadings.

Defendants should be allowed until **June 8, 2009,** to amend the pleadings.

All potentially dispositive motions should be filed by **June 15, 2009**.

Settlement cannot be evaluated prior to discovery.

Final lists of witnesses under Rule 26(a)(3) should be due by the parties thirty (30) days before trial.

Final lists of exhibits under Rule 26(a)(3) should be due by the parties thirty (30) days before trial.

Parties should have fourteen (14) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

This case should be ready for trial by **August 3, 2009**, and is expected to last 5 - 6 days.

Parties are ordered to mediate case on or before **May 1, 2009**.

      /s/ D. Michael Andrews      .
D. MICHAEL ANDREWS (AND076)
Attorney for Plaintiffs

OF COUNSEL:
BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P. C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 – facsimile
mike.andrews@beasleyallen.com

     /s/ J. Chandler Bailey      
J. Chandler Bailey
Attorney for Defendant Kobelco
Construction Machinery America, LLC.

OF COUNSEL:
J. Chandler Bailey
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street, North
Birmingham, Alabama 35203
(205) 581-0700
(205) 581-0799 – facsimile
cbailey@lfwlaw.com