IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J. DENNIS PUGH, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:08cv241-WHA |
| ) | |
| KOBELCO CONSTRUCTION MACHINERY ) | |
| AMERICA, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Due to a conflict which has arisen in the court's calendar, the trial in this case, previously scheduled during the term beginning August 3, 2009, is RESET for a term set to begin August 10, 2009. The pretrial hearing in this case, presently scheduled for July 9, 2009, is RESCHEDULED for June 30, 2009, at a time to be set by later order. All deadlines determined by the trial and pretrial dates shall be governed by these new dates. All other deadlines set out in the Uniform Scheduling Order shall remain in full force and effect.

DONE this 18th day of August, 2008.

      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE