IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| J. DENNIS PUGH, SR., as Administrator of the Estate of JAMES D. PUGH, JR., deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:08cv241-WHA |
| KOBELCO CONSTRUCTION MACHINERY AMERICA, LLC., and KOBELCO CONSTRUCTION MACHINERY COMPANY, LTD., | ) ) ) ) ) | (WO) |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the Order entered in this case on this day,

Judgment is hereby entered in favor of the Defendants, Kobelco Construction Machinery America, LLC, and Kobelco Construction Machinery Company, LTD, and against the Plaintiff, J. Dennis Pugh, Sr., as Administrator of the Estate of James D. Pugh, Jr., deceased, and this case is DISMISSED with prejudice.   Costs are taxed as paid.

DONE this 23rd day June, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE